■ In the Matter of "LYNN JONES", Respondent, v. "ROBERT BROWN", Appellant. — MEMORANDUM BY THE COURT. Upon this record we cannot say that the evidence did not meet the standard required in filiation proceedings. Order affirmed, with costs. Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.

■ RUTH W. JEMZURA, Respondent, v. GEORGE F. JEMZURA, Appellant. — Determination of appeals withheld and the Honorable DAVID F. LEE, JR., appointed to inquire and report as to whether service of the order of the Family Court of Chenango County dated November 4, 1964, was, after entry, made upon appellant in accordance with law and, if so made, the time of such service. Herlihy, J. P., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.